Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Andrea Obando (Bar No. 312640)
andrea@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel:    (213) 465-4802
fax:    (213) 465-4803

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| **Jeniffer Sattar**, **Adriana Aragon, Jazmin Easler, and Shannon Rhoads**, individually and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**Amazon.com, Inc.**, a Delaware corporation; **Amazon.com Services LLC**, a Delaware limited liability company; **Amazon Logistics, Inc.**, a Delaware corporation; and Does 1-10, inclusive,<br><br>Defendants. | CASE NO.: 5:23-cv-00086-MEMF-KK<br><br>Honorable Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Jeniffer Sattar, Adriana Aragon, Jazmin Easler, Shannon Rhoads ("Plaintiffs") and Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. ("Defendants") (collectively, "the Parties") have reached a settlement in principle of their individual claims. The Parties are in the process of preparing a long-form settlement agreement for execution. A request for dismissal of the individual claims will be filed with the Court after the agreement is executed.

Dated: August 25, 2025                          Respectfully submitted,

**KING & SIEGEL LLP**


By: */s/ Elliot Siegel*
_____
Elliot J. Siegel
Andrea Obando
Attorneys for Plaintiffs