JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENIFFER SATTAR, ADRIANA ARAGON, JAZMIN EASLER, and SHANNON RHOADS, individually and all similarly situated individuals,

Plaintiffs,

vs

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON LOGISTICS, INC., a Delaware corporation; and DOES 1 to 10, inclusive,

Defendants.

Case No.:  5:23-cv-00086-MEMF-KK

**ORDER GRANTING JOINT REQUEST FOR DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE [DKT. NO. 108]**

1

2          On October 22, 2025, the Parties filed a joint request to dismiss the individual claims with

3   prejudice, and the class and PAGA claims without prejudice.

4          The Court, having considered the Request and finding good cause therefore, hereby

5   ORDERS:

6          The individual claims of Plaintiffs Sattar, Aragon, Easler, and Rhoads are DISMISSED

7   WITH PREJUDICE.

8          The Class and PAGA representative claims are DISMISSED WITHOUT PREJUDICE.

9

10          IT IS SO ORDERED.

11

12          Dated: November 14, 2025                    _____

13                                                       MAAME EWUSI-MENSAH FRIMPONG

14                                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28